UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

_____

No. 12-1836

UNITED STATES OF AMERICA,
Respondent-Appellee,

v.

RYAN HARRIS
Defendant-Appellant.

_____

MOTION TO ENLARGE
TIME FOR FILING APPELLANT'S BRIEF AND JOINT APPENDIX

Appellant Ryan Harris respectfully moves to enlarge the time for filing his brief and the joint appendix from June 28, 2013 to July 31, 2013. As grounds, undersigned counsel states as follows:

1.   Counsel has previously sought additional time in this case on grounds including competing caseload demands, including a trial that was scheduled to commence in early May, ongoing management of cases impacted by the Jamaica Plain drug lab closure, and commitments in other pending appeals, all as the Federal Defender Office has implemented furloughs and experienced attrition of staff, including an appellate attorney, because of the federal budget sequester.  The effects of the sequester on the Defender office will continue at least through the end of this fiscal year.

2. The demands of the Jamaica Plain drug lab cases are particularly acute as a potential deadline for filing claims pursuant to 28 U.S.C. § 2255 is approaching.

3. Since the Court last granted an extension of time in the instant matter, counsel has conferred with appellant, who is detained at a Bureau of Prisons facility in Colorado. Counsel has spent a considerable amount of time researching issues raised by appellant during that conference. Counsel has begun a draft of the brief and is in the process of finalizing a proposal for the contents of the joint appendix.

4. For these reasons, counsel respectfully moves that he be granted until July 31, 2013 to file the brief and joint appendix in this case.

> RYAN HARRIS
> By his attorney,
>
> /s/ J. Martin Richey
> J. Martin Richey
>   U.S.C.A #46498
> Federal Defender Office
> 51 Sleeper Street, 5th Floor
> Boston, MA  02210
> Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, J. Martin Richey, hereby certify this document filed through the ECF system will be sent electronically to Assistant U.S. Attorney Adam J. Bookbinder as identified on the Notice of Electronic Filing on June 28, 2013.

                                             <u>/s/ J. Martin Richey</u>
                                             J. Martin Richey